| | |
|---|---|
| 1 | MARK PALLEY, No. 120073 |
| 2 | EUGENE CHANG, No. 209568<br>MARION'S INN |
| 3 | 1611 Telegraph Avenue, Suite 707<br>Oakland, California 94612-2145 |
| 4 | Telephone:  (510) 451-6770<br>Facsimile: (510) 451-1711 |
| 5 | Attorneys for Plaintiffs |
| 6 | CHARLENE CRAWFORD and<br>DOROTHY LATHAN |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CHARLENE CRAWFORD and DOROTHY LATHAN, on behalf of themselves and a class of persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BLUE WORLD TRAVEL CORP., a California corporation, and DOES ONE through ONE HUNDRED,<br><br>    Defendants.<br><br>AND RELATED CROSS-ACTION. | NO. C 05-01643 WHA<br><br>STIPULATION FOR EXTENDING TIME TO FILE DECLARATION OF PLAINTIFF DOROTHY LATHAN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO NCL'S MOTION TO DISMISS OR TRANSFER VENUE<br><br>Date:   June 30, 2005<br>Time:  8:00 A.M.<br>Dept:   9 |
|---|---|

Pursuant to Northern District Civil Local Rules 6-1(b), 6-2, and 7-12, plaintiffs Charlene Crawford and Dorothy Lathan, defendant Blue World Travel Corp. ("Blue World"), and cross-defendant NCL (Bahamas) Ltd. ("NCL"), stipulate that plaintiffs should be granted leave to file plaintiff Dorothy Lathan's declaration in support of plaintiffs' opposition to NCL's motion to dismiss.

The parties so stipulate based on plaintiffs' representations that Ms. Lathan was away on vacation during the week of June 6, 2005 and was unavailable to sign her declaration.  Counsel for plaintiffs therefore filed a draft and unsigned declaration of Ms. Lathan with their opposition papers (Exhibit 6 to Mark Palley's declaration).  Ms. Lathan

STIPULATION AND ORDER TO FILE LATHAN DECLARATION – CASE NO. C- 05-01643 WHA    1

1  has returned and signed a revised declaration, which is attached as Exhibit A to this
2  stipulation and proposed order.  The parties have not previously modified the time limits
3  in this case.  This time modification will have no effect on the schedule for the case.
4      The parties hereby request an order granting plaintiffs leave to file Ms. Lathan's
5  declaration, with the declaration being deemed filed as of the date of the Court's order.
6      Respectfully submitted,

Dated: June 16, 2005                MARION'S INN

                                    By   /s/ Mark Palley
                                         Mark Palley
                                    Attorneys for Plaintiffs Charlene Crawford and
                                    Dorothy Lathan

Dated: June 16, 2005                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                    By   /s/ John A. Toal
                                         John A. Toal
                                    Attorneys for Defendant Blue World Travel Corp.

Dated: June 16, 2005                KAYE ROSE & PARTNERS LLP

                                    By   /s/ Ronald K. Losch
                                         Ronald K. Losch
                                    Attorneys for Cross-Defendant NCL

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: June 17, 2005                _____
                                    The Hon. William H. Alsup

[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge William Alsup]